IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA HEALTHCARE ASSOC.,

    Plaintiff,

v.

SANDRA SHEWRY, ET AL.,

    Defendants.
_____/

No. C 06-04027 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is currently set for a hearing on September 15, 2006 at 9:00 a.m. on Plaintiff's motion to remand. The Court HEREBY ORDERS that Defendants' opposition brief shall be due no later than August 14, 2006 and Plaintiff's reply brief shall be due no later than August 21, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: July 31, 2006

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE